

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2016

<u>**VIA ECF**</u>
The Honorable Denny Chin
United States Circuit Judge (Sitting by Designation)
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

       Re:   <u>United States</u> v. <u>Richard Peterson</u>
                04 Cr. 752 (DC)

Dear Judge Chin:

      The Government is in receipt of Gregory Crew's filing of May 2, 2016 (D.E. 184).  In that filing, among other things, Crew alleges that he did not learn of the Government's pending motion until April 27, 2016 and requests, *inter alia*, that he have until June 4, 2016 (a Saturday) to respond more fully in opposition to the motion (in the event that Court does not otherwise deny the Government's motion for the reasons Crew sets forth in his filing[1]).

      While the Government is dubious of certain of Crew's representations in his filing, the Government does not oppose Crew having until June 3, 2016 (a Friday), to file an opposition to the Government's motion.

                          [Additional Text on Following Page]

---

[1] Crew's arguments are without merit.  However, per Crew's request, the Government will send Crew copies of the cases the Government cited in its motion.

Provided that the Court ratifies that deadline, upon receipt of such opposition, the Government will submit to the Court a proposed deadline by which the Government may file an omnibus reply to that opposition as well as the currently-pending filings of Caliber and Kessler.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:      /s/
      Jason Cowley
      Assistant United States Attorney
      Tel. No.: (212) 637-2479

cc:    All parties of record by cm/ecf
       Gregory Crew (by email and federal express)