**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                     Plaintiff,

      -against-

RICHARD PETERSON,
a/k/a "Robert James,"

                     Defendant.

GREGORY CREW

                     Claimant.

04 CR 752 (DC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Raul V. Aguilar, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

California and that his/her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Raul V. Aguilar |
| Firm Name: | Aguilar Law Offices, A Professional Law Corporation |
| Address: | 2333 Learned Avenue |
| City / State / Zip: | Stockton, California 95205-7724 |
| Telephone / Fax: | (415) 851-9898 / (415) 795-4701 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for GREGORY CREW, Claimant, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York, _upon payment of the fee for admission pro hac vice._

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: 5-17-2018

_____
United States ~~District~~ / Magistrate Judge
Circuit
DC