UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        - against -               :        **ORDER**

                                              :        04 Cr. 752 (DC)

RICHARD PETERSON,                   :

              Defendant.        :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

        The Court received a motion from Richard Peterson for a reduction/offset of restitution payments. See Doc. 268.

        The Government is hereby ORDERED to respond to this motion in writing by October 07, 2024.

        SO ORDERED.

Dated:   New York, New York
           September 23, 2024

                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation