UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA             :    **ORDER**
:
- against -                          :
:    04-cr-752 (DC)
RICHARD PETERSON,                    :
:
Defendant.                :
:
------------------------------------x

**CHIN, Circuit Judge:**

        The Court received a motion from Richard Peterson for an accounting of restitution payments and interest charges on April 23, 2025. *See* Doc. 273. The Government is hereby ORDERED to respond to this motion in writing by May 13, 2025.

        The Clerk of the Court is directed to mail a copy of this order to the United States Attorney's Office and to Richard Peterson.

        SO ORDERED.

Dated:    New York, New York
            April 29, 2025

                                                  DENNY CHIN
                                                  United States Circuit Judge
                                                    Sitting by Designation