UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

UNITED STATES OF AMERICA       :

                                 :

- against -                     **ORDER**

                                 :          04 Cr. 752 (DC)

RICHARD PETERSON,        :

               Defendant.     :

----------------------------------- x

**CHIN, Circuit Judge:**

The Court is in receipt of a *pro se* motion from Defendant Richard Peterson dated February 22, 2026. Peterson seeks an order from this Court modifying his restitution payment schedule pursuant to 18 U.S.C. § 3664(k). Attached to Peterson's motion are four exhibits that include information such as Peterson's social security number and healthcare billing statements. Given the sensitive nature of some of the information contained in the exhibits, the Court has directed the docketing department to file Peterson's motion on the docket but has placed the exhibits under seal. *See* Fed. R. Crim. P. 49.1. The Government is hereby ORDERED to respond in writing to Peterson's motion by April 3, 2026.

In addition, on April 29, 2025, this Court ordered the government to respond in writing to Peterson's previous motion for an accounting of restitution

payments and interest charges.  Dkt. No. 274.  The government failed to file a response.

It is hereby ORDERED that the Government shall also respond in writing to Peterson's

prior motion by April 3, 2026.

SO ORDERED.

Dated:    New York, New York
          March 18, 2026

DENNY CHIN
United States Circuit Judge
Sitting by Designation