UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

:

- against - :

RICHARD PETERSON, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

04 Cr. 752 (DC)

**CHIN, Circuit Judge:**

The Court previously entered an order noting that it was in receipt of a *pro se* motion from Defendant Richard Peterson seeking to modify his restitution payment schedule pursuant to 18 U.S.C. § 3664(k) and directed the Government to respond to Peterson's motion. Dkt. No. 276. The Court's pervious order also directed the Government to respond in writing to Peterson's previous motion for an accounting of restitution payments and interest charges. *Id.* The Court mailed a copy of the order to Peterson at the address he provided, which has since been returned "undeliverable."[1]

On March 31, 2026, the Government filed a letter responding to Peterson's motion and providing under seal an accounting of his restitution payments. Dkt. No. 278. The Government's letter argues that Peterson's motion to modify his restitution

[1] While the Court's mailed order was returned undeliverable, Peterson seemingly references the order in his later submission. *See* Dkt. No. 279 at 1-2. Thus, the Court assumes he has been made aware of the Court's order.

was premature, as his exhibits lacked the financial information needed for proper consideration. *Id.* The Government attached to its letter a U.S. Department of Justice financial disclosure statement for Peterson to fill out before the Government "may consider whether to consent to modification of the defendant's restitution payments." *Id.* The Government's letter notes that it was sent to Peterson via FedEx. *Id.*

On June 12, 2026, Peterson filed a motion requesting that he be relieved of his remaining restitution obligations due to the Government's alleged failure to comply with this Court's order. Dkt. No. 279. Peterson claims that the Government did not meaningfully respond to his motion to modify his restitution payment schedule. *Id.* at 2-3. He also contends that the restitution accounting attachment to the Government's response letter only covered the last ten years, and it did not include the total amount collected, total remaining balance, confirmation of interest charges, and provided no explanation of discrepancies. *Id.* To date, the Government has not responded to Peterson's recent motion.

Nonetheless, the Court rejects Peterson's recent claims. While the Government did not substantively respond to Peterson's initial motion, its letter noted that it was unable to do so until Peterson filled out the financial disclosure form. Dkt. No. 278. Additionally, contrary to Peterson's claims, the accounting sheet provided by the Government listed Peterson's individual payments since judgment was entered against him in 2007, the grand total he paid as of the date of the letter, and his

remaining restitution balance as of the date of the letter. *Id.*, Ex. A. While the accounting sheet does not mention any interest, the Court has no reason to believe interest has been applied as the judgment entered by this Court provided that restitution was imposed without interest. Dkt. No. 44 at 6. Lastly, Peterson claims the accounting sheet did not provide an explanation for discrepancies, but he has not identified any actual discrepancies. Accordingly, Peterson's motion to be relieved of his remaining restitution obligations is DENIED.

As for Peterson's initial motion to reduce his restitution payments, the parties are ordered to confer, and the Government is to file a status letter **by July 31, 2026**. The status letter shall inform the Court of where the matter stands, including the Government's position as to Peterson's motion to reduce his restitution payments.

The Clerk of Court is respectfully directed to mail a copy of this order to Peterson at the address listed below.

SO ORDERED.

Dated: New York, New York
July 17, 2026

DENNY CHIN
United States Circuit Judge
Sitting by Designation

To: Richard W. Peterson
1390 Market St., Apt. 2923
San Francisco, CA 94102